IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANSELL HEALTHCARE PRODUCTS LLC, and ANSELL PROTECTIVE PRODUCTS INC.,

200 Schulz Drive
Red Bank, New Jersey 07701

Counterclaimants,

v.

TILLOTSON CORPORATION,

Counterclaim Defendant.

C.A. _____

### CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned counsel of record for Ansell Healthcare Products, LLC, and Ansell Protective Products Inc. (collectively "the Ansell counterclaimants") certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of the Ansell counterclaimants which have any outstanding securities in the hands of the public.

Ansell Ltd.

These representations are made in order that judges of this court may determine the need for recusal.

DATE: April 4, 2008

_____
David M. Morris
D.C. Bar No. 432593
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001

Of Counsel:

Thomas B. Kenworthy
David W. Marston Jr.
Kenneth J. Davis
Rebecca J. Hillyer
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, Pennsylvania  19103-2921
Telephone:  (215) 963-5000
Facsimile:  (215) 963-5001

*Counsel for Counterclaimants
Ansell Healthcare Products LLC and
Ansell Protective Products Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2008, I caused copies of the foregoing Certificate Required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia to be served upon the following persons as indicated below:

### VIA HAND DELIVERY

Gilbert B. Kaplan, Esquire
Jeffrey M. Telep, Esquire
KING & SPALDING LLP
1700 Pennsylvania Avenue, N.W.
Washington, DC 20006-4706

### VIA FIRST CLASS U.S. MAIL

Anthony B. Askew, Esquire
Katrina M. Quicker, Esquire
Thomas Lundin, Esquire
Jason M. Pass, Esquire
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309

*Counsel for Counterclaim Defendant*
*Tillotson Corporation*

_____
DAVID M. MORRIS