IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANSELL HEALTHCARE PRODUCTS LLC, and ANSELL PROTECTIVE PRODUCTS INC., <br><br>　　　　Counterclaimants, <br><br>　　v. <br><br>TILLOTSON CORPORATION, <br><br>　　　　Counterclaim Defendant. | C.A. 1:08-CV-585-RMC |

## COUNTERCLAIMANTS' DEMAND FOR JURY TRIAL

　　Counterclaimants Ansell Healthcare Products LLC and Ansell Protective Products Inc., pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, hereby demand a trial by jury on all issues and claims in its Amended Counterclaim that are so triable.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

DATE:   May 23, 2008　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　David M. Morris
　　　　　　　　　　　　　　　　　　　　D.C. Bar No. 432593
　　　　　　　　　　　　　　　　　　　　MORGAN, LEWIS & BOCKIUS LLP
　　　　　　　　　　　　　　　　　　　　1111 Pennsylvania Avenue, N.W.
　　　　　　　　　　　　　　　　　　　　Washington, DC  20004
　　　　　　　　　　　　　　　　　　　　Telephone:  (202) 739-3000
　　　　　　　　　　　　　　　　　　　　Facsimile:  (202) 739-3001

Of Counsel:

Thomas B. Kenworthy
David W. Marston Jr.
Kenneth J. Davis
Rebecca J. Hillyer
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, Pennsylvania  19103-2921
Telephone:  (215) 963-5000
Facsimile:  (215) 963-5001

*Counsel for Counterclaimants
Ansell Healthcare Products LLC and
Ansell Protective Products Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2008, I caused copies of the foregoing Counterclaimants' Demand for Jury Trial to be served upon the following persons as indicated below:

### VIA HAND DELIVERY

Brian Meiners, Esquire
KING & SPALDING LLP
1700 Pennsylvania Avenue, N.W.
Suite 200
Washington, DC  20006-2706

*Counsel for Counterclaim Defendant Tillotson Corporation*

DATED:  May 23, 2008

/s/
David M. Morris
D.C. Bar No. 432593
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC  20004
Telephone:  (202) 739-3000
Facsimile:  (202) 739-3001