UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANSELL HEALTHCARE PRODUCTS, LLC<br>and ANSELL PROTECTIVE PRODUCTS, INC.<br><br>200 Schultz Drive<br>Red Bank, New Jersey 07701<br><br>    Counterclaimants,<br><br>v.<br><br>TILLOTSON CORPORATION,<br><br>    Counterclaim Defendant. | CASE NO.: 1:08-cv-585-RMC |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to Local Civil Rule 83.2(d), the undersigned hereby moves for the Admission Pro Hac Vice of attorney Milton Russell Wofford, Jr. for purposes of this case. Please see the attached statement of Milton Russell Wofford, Jr. in compliance with the local rule.

Respectfully submitted,

        /s/ Brian R. Meiners
Brian R. Meiners
D.C. Bar No. 482039
King & Spalding LLP
1700 Pennsylvania Avenue, NW
Washington DC 20006-4706
(202) 626-2910
bmeiners@kslaw.com

Attorneys for Tillotson Corporation

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANSELL HEALTHCARE PRODUCTS, LLC )<br>and ANSELL PROTECTIVE PRODUCTS, INC. )<br>      )<br>    200 Schultz Drive      )<br>    Red Bank, New Jersey 07701      )<br>      )<br>      Counterclaimants,      )<br>      )<br>v.      )<br>      )<br>TILLOTSON CORPORATION,      )<br>      )<br>      Counterclaim Defendant.      )<br>_____) | CASE NO.: 1:08-cv-585-RMC |

### STATEMENT OF MILTON RUSSELL WOFFORD, JR.
### IN SUPPORT OF MOTION FOR PRO HAC VICE APPEARANCE

1. My full name is Milton Russell Wofford, Jr.

2. My office address is: King & Spalding, LLP, 1180 Peachtree Street, Atlanta, GA 30309. My telephone number is 404-572-4711.

3. I am admitted and am a member of good standing to the Georgia State Bar and the California State Bar. I am also admitted to practice before the United States Court of Appeals for the 6th, 11th and 9th Circuits; the United States District Court, Northern District of California, United States District Court, Northern District of Georgia, Middle District of Georgia, the Eastern District of Wisconsin and the Supreme Courts of Georgia and California.

4. I certify that I have not been disciplined by any bar.

5. Within the last two years, I have not been admitted pro hac vice to the United States District Court for the District of Columbia.

Dated: 6/10/08

                                                                    Respectfully submitted,

                                                                    Milton Russell Wofford, Jr.
                                                                    Georgia State Bar No.: 773002
                                                                    King & Spalding LLP
                                                                    1180 Peachtree Street
                                                                    Atlanta, Georgia 30309
                                                                    (404) 572-4711
                                                                    mwofford@kslaw.com
                                                                    Attorneys for Tillotson Corporation

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Leave to Appear Pro Hac Vice, and accompanying Statement in Support of Motion for Pro Hac Vice Appearance, were served, via the Court's CM/ECF Electronic Filing system, this 11th day of May, 2008.

/s   Brian Meiners
Brian Meiners
Washington D.C. Bar No. 482039

KING & SPALDING LLP

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANSELL HEALTHCARE PRODUCTS, LLC, and ANSELL PROTECTIVE PRODUCTS, INC., | ) ) ) ) | |
| Counterclaimants, | ) ) | |
| v. | ) ) ) | CASE NO. 1:08-CV-00585-RMC |
| TILLOTSON CORPORATION, | ) ) ) | |
| Counterclaim Defendant. | ) ) | |

**ORDER**

Upon consideration of Defendants' Motion for Pro Hac Vice Appearance and the Statement of Milton Russell Wofford, Jr. in Support of Motion for Pro Hac Vice Appearance, it is hereby **ORDERED**:

Defendants' Motion for Pro Hac Vice Appearance of Milton Russell Wofford, Jr. is **GRANTED**.

Date: _____        By: _____

The Honorable Rosemary M. Collyer
United States District Judge