UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANSELL HEALTHCARE PRODUCTS, LLC<br>and ANSELL PROTECTIVE PRODUCTS, INC.<br><br>　　　　　Counterclaimants,<br><br>　v.<br><br>TILLOTSON CORPORATION,<br><br>　　　　　Counterclaim Defendant. | )<br>)<br>)<br>)　CASE NO.: 1:08-cv-585-RMC<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(d), the undersigned hereby moves for the admission *pro hac vice* of attorney Thomas B. Kenworthy for purposes of this case. Please see the attached Declaration of Thomas B. Kenworthy in Support of Motion to Appear *Pro Hac Vice* in compliance with the local rule.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　/s/ David M. Morris
　　　　　　　　　　　　　　　　　　　David M. Morris
　　　　　　　　　　　　　　　　　　　D.C. Bar No. 432593
　　　　　　　　　　　　　　　　　　　Morgan Lewis & Bockius LLP
　　　　　　　　　　　　　　　　　　　1111 Pennsylvania Avenue, N.W.
　　　　　　　　　　　　　　　　　　　Washington, DC  20004
　　　　　　　　　　　　　　　　　　　dmorris@morganlewis.com

　　　　　　　　　　　　　　　　　　　Attorneys for Ansell Healthcare Products, LLC
　　　　　　　　　　　　　　　　　　　　and Ansell Protective Products, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANSELL HEALTHCARE PRODUCTS
LLC, and ANSELL PROTECTIVE
PRODUCTS INC.,

      Counterclaimants,

v.

TILLOTSON CORPORATION,

      Counterclaim Defendant.

C.A. 1:08-CV-585-RMC

**DECLARATION OF THOMAS B. KENWORTHY
IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE***

THOMAS B. KENWORTHY, acknowledging that this declaration is made subject to penalty of perjury, states that the following facts are true and correct:

1. My full name is Thomas Bausman Kenworthy.

2. My office address and telephone number are as follows:

   Morgan, Lewis & Bockius LLP
   1701 Market Street
   Philadelphia, Pennsylvania 19103-2921
   (215) 963-5702

3. I have been admitted to practice before, and am a member in good standing of, the bars of the following courts:

        Supreme Court of Pennsylvania
        United States Supreme Court
        United States Court of Appeals for the 3rd Circuit
        United States Court of Appeals for the 4th Circuit
        United States Court of Appeals for the 5th Circuit
        United States Court of Appeals for the 8th Circuit
        United States Court of Appeals for the 9th Circuit
        United States Court of Appeals for the 11th Circuit
        United States Court of Appeals for the D.C. Circuit
        United States Court of Appeals for the Federal Circuit
        United States Court of Appeals for the Armed Forces
           (formerly United States Court of Military Appeals)
        United States District Court for the Eastern District of
           Pennsylvania
        United States District Court for the District of Arizona
        United States District Court for the Northern District
           of Illinois
        United States District Court for the Eastern District of
           Texas

4.     I hereby certify that I have never been disciplined by any bar.

5.     I have not been admitted *pro hac vice* in this Court in the last two years.

6.     I do not engage in the practice of law from an office located in the District of Columbia.

DATED:   June 24, 2008

                                                      THOMAS B. KENWORTHY

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion for Leave to Appear *Pro Hac Vice*, and accompanying Declaration of Thomas B. Kenworthy in Support of Motion to Appear *Pro Hac Vice*, were served, via the Court's CM/ECF Electronic Filing system, this 24th day of June, 2008.

/s/ David M. Morris
David M. Morris
Washington D.C. Bar No. 432593

Morgan Lewis & Bockius, LLP

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANSELL HEALTHCARE PRODUCTS, LLC<br>and ANSELL PROTECTIVE PRODUCTS, INC.<br><br>      Counterclaimants,<br><br>v.<br><br>TILLOTSON CORPORATION,<br><br>      Counterclaim Defendant. | CASE NO.: 1:08-cv-585-RMC |

### ORDER

Upon consideration of Plaintiffs' Motion for Leave to Appear *Pro Hac Vice* and the Declaration of Thomas B. Kenworthy in Support of Motion to Appear *Pro Hac Vice*, it is hereby **ORDERED**:

Plaintiffs' Motion for Leave to Appear *Pro Hac Vice* of Thomas B. Kenworthy is **GRANTED**.

Date: _____    By: _____
                                     The Honorable Rosemary M. Collyer
                                     United States District Judge