IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANSELL HEALTHCARE PRODUCTS LLC, and ANSELL PROTECTIVE PRODUCTS INC., <br><br>   Counterclaimants, <br><br> v. <br><br>TILLOTSON CORPORATION, <br><br>   Counterclaim Defendant. | C.A. 1:08-CV-585-RMC |

## TILLOTSON CORPORATION'S MOTION TO STAY PROCEEDINGS

Tillotson Corporation ("Tillotson") respectfully moves this Court to stay the Counterclaims filed by Ansell Healthcare Products LLC, and Ansell Protective Products Inc. (collectively, "Ansell") pending final resolution of the related International Trade Commission ("ITC") action.

For the reasons set forth in the brief accompanying this Motion, the Court should exercise its discretion and stay this action because a balance of the equities and the doctrine of primary jurisdiction favor a stay while the ITC discharges its statutorily mandated duty of determining whether to enjoin the importation and sale of certain goods that infringe upon the patent at issue in this case.

Counsel conferred on this issue during the Fed. R. Civ. P. 26(f) Rule pre-discovery conference in accordance with LCvR 7(m). A proposed Order is attached pursuant to LCvRule 7(c).

For the reasons set forth above and in the accompanying brief, Tillotson respectfully requests that the Court stay this action pending the ultimate resolution of the related ITC action or at least until the Court has ruled on Tillotson's Motion to Dismiss or in the Alternative Transfer. [D.E. 6].

Respectfully submitted this 29th day of July, 2008.

/s  Brian Meiners
Brian R. Meiners (D.C. Bar No. 482039)

KING & SPALDING LLP
1700 Pennsylvania Avenue, N.W.
Suite 200
Washington, DC  20006-2706
Telephone:  (202) 626-2910


/s/ Asha C. Jennings
M. Russell Wofford
Stephen P. Cummings
Asha C. Jennings

KING & SPALDING LLP
1180 Peachtree Street
Atlanta, Georgia  30309
Telephone:  (404) 572-4711

Admitted *Pro Hac Vice*
*Counsel for Counterclaim Defendant*
*Tillotson Corporation*