UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANSELL HEALTHCARE PRODUCTS LLC, *et al.*, <br><br> Counterclaimants, <br><br> v. <br><br> TILLOTSON CORPORATION, <br><br> Counterclaim Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br><br> Civil Action No. 08-585 (RMC) |

## ORDER

For the reasons stated in the Memorandum Opinion filed concurrently herewith, it is hereby

**ORDERED** that Counterclaim Defendant's Motion to Dismiss for Improper Venue or in the Alternative to Transfer [Dkt. ## 6 & 8] is **GRANTED IN PART** and **DENIED IN PART**; and it is

**FURTHER ORDERED** that Counterclaim Defendant's Motion to Dismiss for Improper Venue is **DENIED**; and it is

**FURTHER ORDERED** that Counterclaim Defendant's Motion to Transfer is **GRANTED**; and it is

**FURTHER ORDERED** that, pursuant to 28 U.S.C. § 1406(a), this case is **TRANSFERRED** to the United States District Court for the District of Delaware.

**SO ORDERED**.

Date: July 30, 2008                               /s/
                                              ROSEMARY M. COLLYER
                                              United States District Judge