| | | |
|---|---|---|
| **ded_nefreply@ded.uscourts.gov**<br>09/05/2008 09:30 AM | To | InterdistrictTransfer_DCD@dcd.uscourts.gov |
| | cc | |
| | bcc | |
| | Subject | Transferred case has been opened |

CASE: 1:08-cv-00585

DETAILS: Case transferred from District of Columbia
has been opened in District of Delaware
as case , filed 09/05/2008.